# United States District Court

_____ DISTRICT OF _____ **DELAWARE**

MONICA STEPEK,
    Plaintiff,

**V.**

HANBY'S, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:    0 5 -   8 0 7

TO: (Name and address of defendant)

    Hanby's, Inc.
    c/o Capitol Corporate Services, Inc.
       32 Loockerman Square - Suite 109
       Dover, Delaware 19904

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Joseph M. Bernstein, Esquire
    800 N. King Street - Suite 302
    Wilmington, DE 19801

an answer to the complaint which is herewith served upon you, within __twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

NOV 2 1 2005

CLERK                           DATE

Evelle Waton

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 11/28/05 |

| | |
|---|---|
| NAME OF SERVER (PRINT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: HANBY'S INC C O CAPITOL CORPORATE SERVICES, INC AT 32 LOOCKERMAN SQ DOVER DE COPIES THEREOF WERE ACCEPTED BY TARA FOX

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/2805
_____
        Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure