**ARCHER & GREINER**
A Professional Corporation
1300 N. Market Street
Suite 700
Wilmington, Delaware 19801
(302) 777-4350
Attorneys for Defendant, Hanby's Inc.

By:    PETER L. FRATTARELLI, ESQUIRE (#2871)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONICA STEPEK, <br><br> Plaintiff, <br><br> v. <br><br> HANBY'S INC., <br><br> Defendant. | Civil Action No.: 05-807 <br><br> **CERTIFICATE OF SERVICE** |

I, Peter L. Frattarelli, hereby certify that on this 19th day of December, 2005, caused to be served a true and correct copy of the foregoing Defendant, Hanby's Inc.'s, Answer to Plaintiff's Complaint, via hand delivery, upon opposing counsel addressed as follows:

Joseph Bernstein, Esquire (#780)
800 N. King Street, Suite 302
Wilmington, DE 19801
Attorney for Plaintiff

                                                  */s/ Peter L. Frattarelli*
                                                  Peter L. Frattarelli

2057548v1