IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONICA STEPEK,          : | |
|     *Plaintiff,*          : | |
|                           : | |
| vs.                      : | Civil Action No. 05-807 SLR |
|                           : | |
| HANBY'S INC.,           : | |
|     *Defendant.*         : | |

**NOTICE OF SERVICE**

Pursuant to Local Rule 5.4, the undersigned hereby certifies that the following documents:

    (1) Plaintiff's Initial Disclosures Under Rule 26

    (2) Plaintiff's First Request for Production of Documents

were served as noted below on December 30, 2005 upon the following:

    Peter L. Frattarelli, Esquire
    Archer & Greiner
    1300 N. Market Street - Suite 700
    Wilmington, DE 19801
    **By First Class Mail**

    /s/ Joseph M. Bernstein
    JOSEPH M. BERNSTEIN (#780)
    800 N. King Street - Suite 302
    Wilmington, DE 19801
    303-656-9850
    E-Mail: jmbern001@comcast.net
    Attorney for Plaintiff

Dated: December 30, 2005

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONICA STEPEK, | : |
| *Plaintiff,* | : |
| | : |
| vs. | : Civil Action No. 05-807 SLR |
| | : |
| HANBY'S INC., | : |
| *Defendant.* | : |

    I hereby certify that on December 30, 2005, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Peter L. Frattarelli, Esquire
>Archer & Greiner
>1300 N. Market Street - Suite 700
>Wilmington, DE 19801

    I hereby certify that on December 30, 2005, I caused a copy of same to be served by First Class mail on the above.

>  s/ Joseph M. Bernstein
>JOSEPH M. BERNSTEIN (Bar #780)
>800 N. King Street - Suite 302
>Wilmington, DE 19801
>302-656-9850
>E-mail: jmbern001@comcast.net