IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONICA STEPEK,<br>　　　*Plaintiff,*<br><br>　　vs.<br><br>HANBY'S INC.,<br>　　　*Defendant.* | :<br>:<br>:<br>: Civil Action No. 05-807 SLR<br>:<br>:<br>: |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

I, the undersigned, Joseph M. Bernstein, a member in good standing of the bar of this Court, pursuant to Local Rule 83.5 and the attached certifications, hereby moves the admission *pro hac vice* of the following to represent Monica Stepek, the Plaintiff in the above proceeding:

　　(1) Sidney L. Gold, Esquire

　　(2) Traci M. Greenberg, Esquire

　　(3) Kerry A. Malloy, Esquire

　　　　　　　　　　　　　　　　　　　　　s/  Joseph M. Bernstein
　　　　　　　　　　　　　　　　　　　　JOSEPH M. BERNSTEIN (Bar # 780)
　　　　　　　　　　　　　　　　　　　　800 N. King Street - Suite 302
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　　302-656-9850
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: January 9, 2006