# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5.1, the undersigned, hereby certify that I am eligible for admission to this Court and I am admitted to practice and is in good standing as a member of the Bar of the Commonwealth of Pennsylvania, I.D. # 21374 and the U.S. District Court for the Eastern District of Pennsylvania.

Pursuant to Local Rule 83.6, I further submit to the disciplinary jurisdiction of this Court for any alleged misconduct which may occur in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*[signature]*

Sidney L. Gold, Esquire
Sidney L. Gold & Associates
1835 Market Street - Suite 515
Philadelphia, PA 19103
215-569-1999
E-mail: sgold@discrimlaw.net

Dated: 12/30/05

## ORDER

The foregoing application for admission to practice in this action *pro hac vice* is hereby granted.

SO ORDERED, this _____ day of _____ 2003.

_____
District Judge

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5.1, the undersigned, hereby certify that I am eligible for admission to this Court and I am admitted to practice and is in good standing as a member of the Bar of the Commonwealth of Pennsylvania, I.D. # 86396 and the U.S. District Court for the Eastern District of Pennsylvania.

Pursuant to Local Rule 83.6, I further submit to the disciplinary jurisdiction of this Court for any alleged misconduct which may occur in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Traci M. Greenberg, Esquire
Sidney L. Gold & Associates
1835 Market Street - Suite 515
Philadelphia, PA 19103
215-569-1999
E-mail: tgreenberg@discrimlaw.net

Dated: 12/30/05

## ORDER

The foregoing application for admission to practice in this action *pro hac vice* is hereby granted.

SO ORDERED, this _____ day of _____ 2003.

_____
District Judge

Pursuant to Local Rule 83.5,1, the undersigned, hereby certify that I am eligible for admission to this Court and I am admitted to practice and is in good standing as a member of the Bar of the Commonwealth of Pennsylvania, I.D. # 201412 and the U.S. District Court for the Eastern District of Pennsylvania.

Pursuant to Local Rule 83.6, I further submit to the disciplinary jurisdiction of this Court for any alleged misconduct which may occur in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

_____
Kerry A. Malloy, Esquire
Sidney L. Gold & Associates
1835 Market Street -Suite 515
Philadelphia, PA 19103
215-569-1999
E-mail: kmalloy@discrimlaw.net

Dated: 12/30/05

### ORDER

The foregoing application for admission to practice in this action *pro hac vice* is hereby granted.

SO ORDERED, this _____ day of _____ 2003.

_____
District Judge