March 6, 2006

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

        **Re: Stepek v. Hanby's, Inc., C.A. 05-807 SLR**

Dear Judge Robinson:

    Enclosed is the proposed Scheduling Order in the above matter. A scheduling teleconference in this matter will be held on March 8, 2006, at 8:30 am.

                Respectfully yours,


                Joseph M. Bernstein

JMB/jm
cc: Traci Greenberg, Esquire (By Fax/ w attachment)
    Peter L. Frattarelli, Esquire (By CM/ECF/w attachment)