March 8, 2006

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

          **Re: Stepek v. Hanby's, Inc., C.A. 05-807 SLR**

Dear Judge Robinson:

      Enclosed is the proposed Scheduling Order in the above matter which has been revised in accordance with the teleconference this morning.

                                      Respectfully yours,


                                      Joseph M. Bernstein

JMB/jm
cc: Kerry A. Malloy, Esquire (By e-mail/w atachment)
    Peter L. Frattarelli, Esquire (By CM/ECF/w attachment)