**ARCHER & GREINER**
**A Professional Corporation**
**1300 N. Market Street**
**Suite 700**
**Wilmington, Delaware 19801**
**(302) 777-4350**
**Attorneys for Defendant, Hanby's, Inc.**

By:   PETER L. FRATTARELLI, ESQUIRE (#2871)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONICA STEPEK,<br><br>                    Plaintiff,<br><br>v.<br><br>HANBY'S INC.,<br><br>                    Defendant. | Civil Action No.: 05-807 (SLR)<br><br>**CERTIFICATE OF SERVICE** |

I, Peter L. Frattarelli, hereby certify that on this 10th day of March, 2006, caused to be served a true and correct copy of the foregoing Defendant, Hanby's Inc.'s, Rule 26(a)(1) Initial Disclosures, First Request for the Production of Documents and First Set of Interrogatories, Directed to Plaintiff, Monica Stepek, via first class mail, postage prepaid, upon opposing counsel addressed as follows:

| | |
|---|---|
| Joseph M. Bernstein, Esquire<br>800 N. King Street, Suite 700<br>Wilmington, DE 19801 | Sidney L. Gold, Esquire<br>Eleven Penn Center<br>1835 Market Street, Suite 515<br>Philadelphia, PA  19103 |

*/s/ Peter L. Frattarelli*
Peter L. Frattarelli

2130069v1