**ARCHER & GREINER**
A Professional Corporation
1300 N. Market Street
Suite 700
Wilmington, Delaware 19801
(302) 777-4350
**Attorneys for Defendant, Hanby's, Inc.**

By:   PETER L. FRATTARELLI, ESQUIRE (#2871)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONICA STEPEK,<br><br>                    Plaintiff,<br><br>v.<br><br>HANBY'S INC.,<br><br>                    Defendant. | Civil Action No.: 05-807 (SLR)<br><br>**CERTIFICATE OF SERVICE** |

I, Peter L. Frattarelli, hereby certify that on this 30th day of May, 2006, caused to be served a true and correct copy of the foregoing Defendant, Hanby's Inc.'s, Responses to Plaintiff's First Request for the Production of Documents, via overnight delivery, postage prepaid, upon opposing counsel addressed as follows:

|  |  |
|---|---|
| Joseph M. Bernstein, Esquire<br>800 N. King Street, Suite 700<br>Wilmington, DE 19801<br>(Responses only - no attachments) | Traci Greenberg, Esquire<br>Law Offices of Sidney L. Gold<br>Eleven Penn Center<br>1835 Market Street, Suite 515<br>Philadelphia, PA 19103<br>(Responses plus attachments) |

                                                                              */s/ Peter L. Frattarelli*
                                                                              Peter L. Frattarelli

2190980v1