## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONICA STEPEK, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-807-SLR |
| HANBY'S INC., | : |
| Defendant. | : |

## ORDER

At Wilmington this **2nd** day of **June, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **Thursday, June 15, 2006 at 5:00 p.m.** with Judge Thynge and **the defense only** to discuss continued negotiations. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE