IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONICA STEPEK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-807-SLR |
| | : | |
| HANBY'S INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **14th** day of **June, 2006**.

IT IS ORDERED that the teleconference scheduled for Thursday, June 15, 2006 at 5:00 p.m. with Judge Thynge and the **defense only** has been rescheduled to **Tuesday, June 20, 2006 at 8:30 a.m. Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE