# ARCHER & GREINER
A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

ONE CENTENNIAL SQUARE
HADDONFIELD, NJ 08033-0968
856-795-2121
FAX 856-795-0574

www.archerlaw.com

*PRINCETON OFFICE*
700 ALEXANDER PARK
SUITE 102
PRINCETON, NJ 08540
609-580-3700
FAX 609-580-0051

*FLEMINGTON OFFICE*
PLAZA ONE
1 STATE ROUTE 12, SUITE 201
FLEMINGTON, NJ 08822-1722
908-788-9700
FAX 908-788-7854

**PETER L. FRATTARELLI**
*Also Member of Pennsylvania
and Delaware Bar*

*PHILADELPHIA OFFICE*
ONE SOUTH BROAD STREET
SUITE 1620
PHILADELPHIA, PA 19107
215-963-3300
FAX 215-963-9999

*WILMINGTON OFFICE*
300 DELAWARE AVENUE
SUITE 1370
WILMINGTON, DE 19801
302-777-4350
FAX 302-777-4352

**Email Address:**
pfrattarelli@archerlaw.com

**Direct Dial:**
(856) 354-3012

June 22, 2006

**VIA FEDERAL EXPRESS**

Chief Judge Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

    RE:    **Monica Stepek v. Hanby's, Inc.**
              **Civil No. 05-807**

Dear Judge Robinson:

      We represent the defendant in the above-captioned matter, which has been assigned to Your Honor. This letter is to inform you, on behalf of both the defendant as well as the plaintiff's attorney, Sidney Gold, Esquire, that the parties have reached an amicable resolution of this matter. We expect to file a Stipulation of Dismissal shortly.

      I would also like to note the able assistance of Magistrate Mary Pat Thynge, who was instrumental in getting this case resolved.

                                                  Respectfully,

                                                  PETER L. FRATTARELLI

PLF/jmt
cc:    Magistrate Judge Mary Pat Thynge (Via regular mail)
        Sidney Gold, Esq. (Via fax & regular mail)

Chief Judge Sue L. Robinson
June 22, 2006
Page 2

bcc:    James Stoner, President (Via regular mail)