IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONICA STEPEK, : CIVIL ACTION NO.: 05-807
:
    Plaintiff, :
:
vs. :
:
HANBY'S INC., :
:
    Defendant. :

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the undersigned counsel for the parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-captioned action is hereby dismissed with prejudice, and without costs or fees to either party.

SIDNEY L. GOLD & ASSOCIATES, P.C.      ARCHER & GREINER, P.C.

_____      _____ 8/4/06
SIDNEY L. GOLD, ESQUIRE      PETER L. FRATTARELLI, ESQUIRE
1835 Market Street - Suite 515      One Centennial Square
Philadelphia, PA 19103      Haddonfield, NJ 08033
(215) 569-1999      (856) 795-2121

*Attorneys for Plaintiff*      *Attorney for Defendant*